# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Waco Division

| | | |
|---|---|---|
| IN RE: **Little River Healthcare Holdings, LLC, et al** , Debtor(s) | Bankruptcy Case No.: | 18−60526−rbk |
| | Chapter No.: | 7 |

| | | |
|---|---|---|
| **James Studensky** | | |
| Plaintiff | Adversary Proceeding No.: | 20−06093−rbk |
| v. | Judge: | Ronald B. King |
| **UnitedHealthcare Insurance Company et al.** | | |
| Defendant | | |

## TRANSMISSION OF MOTION FOR WITHDRAWAL OF REFERENCE

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 5011, the Bankruptcy Clerk hereby transmits the Motion to Withdraw Reference along with a copy of the docket sheet and the following document(s) filed in adversary case number: 20−06093−rbk

Doc. # (42) Brief/Memorandum of Law In Reply to #(37) Response Filed by Plaintiff James Studensky and in Support of #(10) Motion to Withdraw the Reference filed by Defendants United HealthCare of Texas, Inc, et al

☑ Additional Items: Bankruptcy Court's Adversary Proceeding Docket Report

**REMARKS**:

Dated: 11/12/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: B. Hardage , Deputy Clerk

**[CrtTrnRfcAP]** [CrtTrnRfcAP]

United States Bankruptcy Court

Western District of Texas

Studensky,

    Plaintiff

Adv. Proc. No. 20-06093-rbk

UnitedHealthcare Insurance Company,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0542-6 | User: hardageb | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: 514 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: jstudensky.trustee@outlook.com | Nov 13 2020 02:05:00 | James Studensky, 3912 W. Waco Drive, Waco, TX 76710-7108 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew G. Jubinsky | on behalf of Defendant United Healthcare Community Plan of Texas  L.L.C. andy.jubinsky@figdav.com, rachel.dietz@figdav.com;cornell.randle@figdav.com |
| Andrew G. Jubinsky | on behalf of Defendant United HealthCare of Texas  Inc andy.jubinsky@figdav.com, rachel.dietz@figdav.com;cornell.randle@figdav.com |
| Andrew G. Jubinsky | on behalf of Defendant UnitedHealthcare Insurance Company andy.jubinsky@figdav.com rachel.dietz@figdav.com;cornell.randle@figdav.com |
| Andrew G. Jubinsky | |

20-06093-rbk Doc#48 Filed 11/14/20 Entered 11/16/20 09:27:46 Imaged Certificate of Notice Pg 3 of 3

| | | |
|---|---|---|
| District/off: 0542-6 | User: hardageb | Page 2 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: 514 | Total Noticed: 1 |

on behalf of Defendant United Healthcare Benefits of Texas Inc. andy.jubinsky@figdav.com, rachel.dietz@figdav.com;cornell.randle@figdav.com

Brad Thompson

on behalf of Plaintiff James Studensky bthompson@duanemorris.com JWTexeira@duanemorris.com

Brian Talbot Cumings

on behalf of Plaintiff James Studensky bcumings@gdhm.com ctrickey@gdhm.com

Eric S Goldstein

on behalf of Defendant United HealthCare of Texas Inc egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Eric S Goldstein

on behalf of Defendant UnitedHealthcare Insurance Company egoldstein@goodwin.com bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Eric S Goldstein

on behalf of Defendant United Healthcare Benefits of Texas Inc. egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Eric S Goldstein

on behalf of Defendant United Healthcare Community Plan of Texas L.L.C. egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

TOTAL: 10