

**The relief described hereinbelow is SO ORDERED.**

**Signed May 30, 2024.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LITTLE RIVER HEALTHCARE | § | |
| HOLDINGS, LLC, ET AL., | § | CASE NO. 18-60526-RBK |
| | § | |
| DEBTORS. | § | CHAPTER 7 |
| _____ | § | |
| | § | |
| JAMES STUDENSKY, | § | |
| CHAPTER 7 TRUSTEE FOR | § | |
| LITTLE RIVER HEALTHCARE | § | |
| HOLDINGS, LLC, ET AL., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | ADVERSARY NO. 20-06093-RBK |
| | § | |
| UNITEDHEALTHCARE INSURANCE CO., ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER DENYING MOTION IN LIMINE**

On May 30, 2024, the Court heard *United's Motion in Limine #1 to Exclude the 835/837 Reports* (ECF No. 458) and determined that the *Motion* should be denied for the reasons stated on the record. It is, therefore,

**ORDERED** that the above-referenced *Motion* is **DENIED**.

# # #

United States Bankruptcy Court

Western District of Texas

Studensky,
    Plaintiff

UnitedHealthcare Insurance Company,
    Defendant

Adv. Proc. No. 20-06093-rbk

# CERTIFICATE OF NOTICE

| District/off: 0542-6 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdfintp | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brent A. Murcia, Robins Kaplan LLP, 800 LaSalle Ave., Ste. 2800, Minneapolis, MN 55402-2015 |
| aty | + | Erica D. Rosenbaum, Robins Kaplan LLP, 800 LaSalle Ave., Ste. 2800, Minneapolis, MN 55402-2015 |
| aty | + | John K. Harting, Robins Kaplan LLP, 800 LaSalle Ave., Ste. 2800, Minneapolis, MN 55402-2015 |
| aty | + | Melissa S. Geller, Duane Morris, LLP, 1540 Broadway, New York, NY 10036-4086 |
| aty | + | Munir R. Meghjee, Robins Kaplan LLP, 800 LaSalle Ave., Ste. 2800, Minneapolis, MN 55402-2015 |
| Resp | + | Kevin Lewis, D.O., c/o Lynn Hamilton Butler, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400 Austin, TX 78701-4093 |
| Resp | + | Paul Worrell, D.O., c/o Lynn Hamilton Butler, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400 Austin, TX 78701-4093 |
| dft | + | United HealthCare of Texas, Inc, c/o CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201-3140 |
| dft | + | United Healthcare Benefits of Texas, Inc., c/o CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201-3140 |
| dft | + | United Healthcare Community Plan of Texas, L.L.C., c/o CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201-3140 |
| dft | + | UnitedHealthcare Insurance Company, c/o CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201-3140 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | May 30 2024 22:29:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| pla | + | Email/Text: jstudensky.trustee@outlook.com | May 30 2024 22:29:00 | James Studensky, 3912 W. Waco Drive, Waco, TX 76710-7108 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024        Signature:    /s/Gustava Winters

20-06093-rbk Doc#470 Filed 06/01/24 Entered 06/01/24 23:23:41 Imaged Certificate of Notice Pg 4 of 5

| District/off: 0542-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdfintp | Total Noticed: 13 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew G. Jubinsky | on behalf of Defendant United Healthcare Community Plan of Texas L.L.C. andy.jubinsky@figdav.com, ashley.west@figdav.com;danna.walls@figdav.com |
| Andrew G. Jubinsky | on behalf of Defendant UnitedHealthcare Insurance Company andy.jubinsky@figdav.com ashley.west@figdav.com;danna.walls@figdav.com |
| Andrew G. Jubinsky | on behalf of Defendant United HealthCare of Texas Inc andy.jubinsky@figdav.com, ashley.west@figdav.com;danna.walls@figdav.com |
| Andrew G. Jubinsky | on behalf of Defendant United Healthcare Benefits of Texas Inc. andy.jubinsky@figdav.com, ashley.west@figdav.com;danna.walls@figdav.com |
| Brad Thompson | on behalf of Plaintiff James Studensky bthompson@duanemorris.com JWTexeira@duanemorris.com;DOLeary@duanemorris.com;JArechiga@duanemorris.com;JVEarl@duanemorris.com;BHPandya@duanemorris.com;KAFillmore@duanemorris.com;MSGeller@duanemorris.com;HEngelmann@duanemorris.com;MSGeller&#06 |
| Brian Talbot Cumings | on behalf of Plaintiff James Studensky bcumings@gdhm.com ctrickey@gdhm.com |
| Christopher H. Trickey | on behalf of Plaintiff James Studensky ctrickey@gdhm.com bcumings@gdhm.com;mhenderson@gdhm.com |
| Eric S Goldstein | on behalf of Defendant UnitedHealthcare Insurance Company egoldstein@goodwin.com bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com |
| Eric S Goldstein | on behalf of Defendant United Healthcare Community Plan of Texas L.L.C. egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com |
| Eric S Goldstein | on behalf of Defendant United Healthcare Benefits of Texas Inc. egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com |
| Eric S Goldstein | on behalf of Defendant United HealthCare of Texas Inc egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com |
| Jimmy Parrish | on behalf of Interested Party Matthew Theiler jparrish@bakerlaw.com orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com |
| Katharine Battaia Clark | on behalf of Defendant United HealthCare of Texas Inc kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;lbrasher@thompsoncoburn.com |
| Katharine Battaia Clark | on behalf of Defendant United Healthcare Community Plan of Texas L.L.C. kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;lbrasher@thompsoncoburn.com |
| Katharine Battaia Clark | on behalf of Defendant United Healthcare Benefits of Texas Inc. kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;lbrasher@thompsoncoburn.com |
| Katharine Battaia Clark | on behalf of Respondent Dr. Robert O'Neal kclark@thompsoncoburn.com smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;lbrasher@thompsoncoburn.com |
| Katharine Battaia Clark | on behalf of Defendant UnitedHealthcare Insurance Company kclark@thompsoncoburn.com smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;lbrasher@thompsoncoburn.com |
| Lynn Hamilton Butler | on behalf of Respondent Kevin Lewis D.O. lynn.butler@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilt |

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 3 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: pdfintp | Total Noticed: 13 |

Lynn Hamilton Butler
    on-butler-2113@ecf.pacerpro.com

    on behalf of Respondent Paul Worrell D.O. lynn.butler@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Marcus A Guith
    on behalf of Defendant United HealthCare of Texas Inc mguith@robinskaplan.com

Marcus A Guith
    on behalf of Defendant UnitedHealthcare Insurance Company mguith@robinskaplan.com

Marcus A Guith
    on behalf of Defendant United Healthcare Benefits of Texas Inc. mguith@robinskaplan.com

Marcus A Guith
    on behalf of Defendant United Healthcare Community Plan of Texas L.L.C. mguith@robinskaplan.com

Matthew C. Powers
    on behalf of Plaintiff James Studensky mpowers@gdhm.com jlanger@gdhm.com

Michael Fishel
    on behalf of Intervenor Blue Cross Blue Shield of Texas mfishel@kslaw.com michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Tamara D. Baggett
    on behalf of Interested Party Matthew Theiler tbaggett@bakerlaw.com

TOTAL: 26