

**The relief described hereinbelow is SO ORDERED.**

**Signed October 29, 2024.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LITTLE RIVER HEALTHCARE | § | CASE NO. 18-60526-RBK |
| HOLDINGS, LLC, ET AL., | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 |
| | § | |
| JAMES STUDENSKY, | § | |
| CHAPTER 7 TRUSTEE FOR | § | |
| LITTLE RIVER HEALTHCARE | § | |
| HOLDINGS, LLC, ET AL., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | ADVERSARY NO. 20-06093-RBK |
| | § | |
| UNITED HEALTHCARE INSURANCE CO., ET AL., | § | |
| | § | |
| DEFENDANTS. | | |

1

# JUDGMENT

On June 10, 2024, came on to be heard the *Second Amended Adversary Complaint* (ECF No. 325)[1] filed by the chapter 7 trustee, James Studensky (the "Trustee") for trial on the merits. The Trustee and Defendants, UnitedHealthcare Insurance Company, United Healthcare of Texas, Inc., UnitedHealthcare Benefits of Texas, Inc., and UnitedHealthcare Community Plan of Texas, L.L.C. (collectively, "United"), appeared by and through counsel of record and announced ready. After hearing the evidence and argument of counsel, the Court is of the opinion that the following orders should be entered for the reasons stated in the Court's *Opinion* (ECF No. 564), pursuant to Fed R. Bankr. P. 7052.

It is, therefore, **ORDERED** that the Trustee's requested relief is **DENIED**.

It is further **ORDERED** that the Trustee's objection to United's proofs of claim is **OVERRULED**.

It is further **ORDERED** that United's proofs of claim are **ALLOWED**.

All relief not specifically granted herein is hereby **DENIED**.

### #

---

[1] "ECF" denotes the electronic filing number.